```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
                       CORPUS CHRISTI DIVISION
```

MARGARET ANN BRITTAIN and § \
CHESTER B. BRITTAIN, § \
　　　　　　　　　　　　　　§ \
　　Plaintiffs, § 　Civil Action \
　　　　　　　　　　　　　　§ 　No. C-07-250 \
v. § \
　　　　　　　　　　　　　　§ \
PFIZER, INC., et al., § \
　　　　　　　　　　　　　　§ \
　　Defendants. §

### ORDER

On this day came on to be considered Defendant Pfizer Inc.'s ("Pfizer") motion to stay the above-styled action pending transfer of this case to MDL 1699 (D.E. 9), and Plaintiffs Margaret Ann Brittain and Chester B. Brittain's ("Plaintiffs") motion to remand this case to state court (D.E. 10).

The Court hereby DENIES Plaintiffs' motion to remand (D.E. 10) and GRANTS Pfizer's motion to stay (D.E. 9). This case is, therefore, STAYED pending a decision by the Judicial Panel on Multidistrict Litigation on transfer of the above-styled action to MDL 1699, <u>In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation</u>.

SIGNED and ENTERED this 5th day of July, 2007.

_____
　　　　Janis Graham Jack
　　United States District Judge